*ARRAIGNMENT only!*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | NOTICE OF APPEARANCE |
| -v- | Docket Number: M-10-189 |
| *James Malpeso* | Judge: |
| Defendant. | Date: 3-2-10 |

PLEASE NOTICE, that I have been RETAINED by **JAMES MALPESO** the above named defendant.  I was admitted to practice in this district on **12/91**.

Signature: *Vin Romano*

Print Name: VINCENT ROMANO

Bar Code: VR8509

Office Address: 9201 4th ave
Bklyn, NY 11209

Telephone #: (718) 852-5200

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

　　**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)